# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CRAZY MAPLE STUDIO, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRANCHES INTERACTIVE, LTD., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-CV-07132-PA-AFM <br><br> **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> Judge:   Hon. Percy Anderson |

On May 2, 2022, the parties filed a joint stipulation pursuant to Federal Rule of Civil Procedure 41 to dismiss the action in its entirety with prejudice, with each party to bear its own costs and attorneys' fees. (Docket No. 40) The Court, for good cause shown, grants the joint stipulation to dismiss. The Court dismisses the action, including the claims and counterclaims, in its entirety with prejudice, with each party to bear its own costs and attorneys' fees. The Clerk is directed to close the case.

DATED: May 02, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE